UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC DICKERSON,<br>　　　　Plaintiff,<br>　　v.<br>MARSHALLS, INC., et al.,<br>　　　　Defendants. | Case No. 25-cv-05587-NC<br><br>**ORDER FOR REMOVING DEFENDANT TO SHOW CAUSE ESTABLISHING THE CITIZENSHIP OF ALL DEFENDANTS**<br><br>Re: ECF 1 |

On July 3, 2025, Defendant Marshalls of CA, LLC filed a notice of removal for an action brought by Plaintiff Dominic Dickerson in Santa Clara County Superior Court. ECF 1. Because federal district courts must ensure they have subject matter jurisdiction over every case, the Court issues this Order for Marshalls of CA, LLC to provide additional information establishing subject matter jurisdiction. *See Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004).

A defendant may remove a civil action in state court to a federal district court if the federal district court would have original subject matter jurisdiction based on federal question jurisdiction or diversity jurisdiction. 28 U.S.C. § 1441(a). Here, Marshalls of CA, LLC asserts removal is proper based on diversity jurisdiction. ECF 1 at 1. Diversity jurisdiction requires that parties are citizens of different states and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a).

The notice of removal provides only the citizenship of Plaintiff and of Marshalls of CA, LLC. ECF 1 ¶¶ 10–11. However, Plaintiff's state court complaint names three non-Doe defendants: (1) Marshalls, Inc.; (2) Marshalls of San Jose; and (3) "Marshalls Department stores of California." ECF 1, Ex. A. Although the notice of removal indicates it is on behalf of "MARSHALLS OF CA, LLC (erroneously sued as 'MARSHALLS, INC.')," it says nothing of the other two named defendants or their citizenship. As such, the Court cannot discern whether complete diversity of citizenship exists among the parties such that diversity jurisdiction is satisfied.

Accordingly, Marshalls of CA, LLC is ordered to show cause by July 15, 2025, providing the citizenship of all named defendants to establish diversity jurisdiction. Plaintiff may choose to file a response by July 22, 2025.

**IT IS SO ORDERED.**

Dated: July 8, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge